DOROTHY BUCKWALTER-BLUM *v.* HAROLD BLUM
(13112)

DUPONT, C. J., and O'CONNELL and LANDAU, Js.

Argued December 7—decision released December 8, 1994

*David P. Ball,* for the appellant (plaintiff).

*Dianne M. Andersen* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.